**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Cristobal LEAL–PENA, Defendant–**
**Appellant.**

**No. 12–40240**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Margaret

Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Cristobal Leal–Pena raises an argument that is foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308–09 (5th Cir. 2009), which reaffirmed the holding in *United States v. Gamez–Gonzalez*, 319 F.3d 695, 700 (5th Cir.2003), that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. Leal–Pena acknowledges that the argument is foreclosed but moves for summary disposition so that he can raise the issue in a petition for writ of *certiorari*. The motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.